**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| ALFONSO VARGAS URDIERA,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER S. BULLOCK, *ICE Field Office Director of the New Orleans Field Office*;<br>DAVID VENTURELLA, *Acting Director of Immigration and Customs Enforcement*;<br>MARKWAYNE MULLIN, *Secretary of Homeland Security*; and<br>TODD BLANCHE, *Acting U.S. Attorney General*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: |

**NOTICE OF PETITIONER'S SERIOUS MEDICAL CONDITIONS AND SUPPLEMENTAL EVIDENCE**

Petitioner Alfonso Vargas Urdiera, through counsel, respectfully submits this Notice to inform the Court of his serious medical conditions and reported deterioration in health since being taken into ICE custody on November 19, 2026.

Petitioner is 62 years old and suffers from uncontrolled Type 2 diabetes requiring insulin, hypertension, and other chronic medical conditions. He also has significant physical limitations resulting from a previous accident. Counsel recently obtained medical records and a statement from Petitioner's wife raising serious concerns about his health and the medical care he is receiving while detained.

Petitioner's medical records from Saint Thomas Medical Partners establish that his diabetes was uncontrolled as of September 11, 2026. His hemoglobin A1c was 10.8%, and

his reported blood sugar readings ranged from 180 to 300 mg/dL. His treating provider prescribed insulin, continued metformin, and directed regular blood sugar monitoring. The records also document hypertension, high cholesterol, and an existing wound on his right lower leg. His provider cautioned that diabetes could delay wound healing and instructed him to monitor for signs of infection. (Exhibit A.)

According to his wife, Ma. Del Socorro Diaz Garcia, Petitioner's blood sugar was 358 mg/dL on the day he was detained. Following his arrest in Nashville, Petitioner reportedly was transferred to Knoxville, Tennessee. During subsequent telephone conversations, he told his wife that he had developed a painful spot on his foot that became increasingly red and swollen. He and others on his behalf also repeatedly requested medical attention without receiving an adequate response. (Exhibit B.)

Mrs. Diaz Garcia further reports that the family was not permitted to deliver Petitioner's medications when he was initially detained. Although detention personnel later contacted her to obtain information concerning his medications and dosages, Petitioner subsequently told her that he had received only one medication and did not know whether he was receiving his prescribed diabetes treatment. She also reports that he has been sleeping on the floor despite pain and mobility difficulties resulting from a previous serious accident. (Id.)

Counsel has not received Petitioner's medical records from the detention facility and cannot independently confirm what medications or treatment have been provided. Nevertheless, the combination of his documented medical conditions and the symptoms

reported by his wife raises serious concerns about his health and the potential consequences of continued detention without appropriate medical care.

On November 20, 2026, this Court entered an Order finding that Petitioner's habeas claims warranted expedited review and directing Respondents to respond by November 25, 2026. (Doc. No. 6.) Petitioner submits this additional evidence so that the Court is aware of his medical circumstances when considering the pending Petition and the appropriate relief.

Petitioner maintains his request for immediate release from unlawful detention. His age, serious medical conditions, and reported deterioration while detained further underscore the importance of prompt resolution of his habeas petition.

Petitioner respectfully requests that the Court take notice of this supplemental evidence in considering the pending Petition for Writ of Habeas Corpus.

Respectfully submitted,

/s/ Disha S. Patel
Disha S. Patel
BPR No. 043183
GOPAL & PEDIGO, P.C.
2841 Logan Street
Nashville, Tennessee 37211
Telephone: (615) 200-8472
disha@gopallawgroup.com
Counsel for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2026, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system. Because no attorney has entered an appearance on behalf of Respondents, a copy of this Notice and its supporting exhibits was transmitted to Mercedes C. Maynor-Faulcon of the United States Attorney's Office for the Middle District of Tennessee at mercedes.maynor-faulcon@usdoj.gov; the duty mailbox for the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, New Orleans Field Location, at OPLA-NOL-DUTY@ice.dhs.gov; and Alice M. Miller, Chief Counsel for the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, New Orleans Field Location, at Alice.M.Miller@ice.dhs.gov.

/s/ Disha S. Patel
Disha S. Patel