**VARGAS, Alfonso | DOB: 10-31-1964 | #2679879**

Medication List as of 11-24-2026

**amlodipine 10 mg tablet** — filled on 09-13-2026
TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME

**atorvastatin 80 mg tablet** — filled on 09-14-2026
TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME FOR CHOLESTEROL

**Droplet Pen Needle 31 gauge x 5/16"** — filled on 09-11-2026
USE TO INJECT LANTUS EVERY NIGHT

**FreeStyle Libre 3 Plus Sensor device** — filled on 03-18-2026
REPLACE SENSOR EVERY 15 DAYS

**Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** — filled on 09-15-2026
INJECT 10 UNITS AT BEDTIME. GO UP 2 UNITS EVERY 3 DAY UNTIL FBG IS 100-200. MAX DAILY UNITS OF 30

**losartan 100 mg-hydrochlorothiazide 25 mg tablet** — filled on 09-11-2026
TAKE 1 TABLET BY MOUTH EVERY DAY

**metformin 500 mg tablet** — filled on 09-11-2026
TAKE 1 TABLET BY MOUTH TWICE DAILY

**Ozempic 0.25 mg or 0.5 mg (2 mg/3 mL) subcutaneous pen injector** — prescribed on 07-24-2026
Inject 0.5 mg every week by subcutaneous route.

**tadalafil 5 mg tablet** — filled on 11-05-2025
TAKE 1 TABLET BY MOUTH EVERY DAY

**trospium 20 mg tablet** — filled on 09-28-2026
TAKE 1 TABLET BY MOUTH 2 TIMES A DAY

from Elizabeth Green



Case 3:26-cv-01889 Document 7-1 Filed 11/24/26 Page 1 of 8 PageID #: 76

Last amended by Catherine O Hayden FNP on 09/21/2026 at 12:27am

## Patient

| | | | |
|---|---|---|---|
| **Name** | VARGAS, ALFONSO (61yo, M) ID# 2679879 | **Appt. Date/Time** | 09/11/2026 11:00AM |
| **DOB** | 10/31/1964 | **Service Dept.** | STPS_ST Fmy Hlth Ctr West |
| **Provider** | CATHERINE O HAYDEN FNP | | |
| **Insurance** | Med Primary: *SELF PAY*<br>Med Cash: SLIDING FEE SCHEDULE - DISCOUNT<br>Prescription: check now | | |

## Chief Complaint

medication management
Followup: Type 2 diabetes mellitus

per patient would like to discuss blood pressure med, cholesterol med.

## Patient's Care Team

**Sleep Medicine:**RENATA ALEXANDRE NP: 300 20TH AVE N STE G8, NASHVILLE, TN 37203-2131, Ph (615) 284-7533, Fax (615) 284-7575 NPI: 1255792230
**Orthopedic Surgeon:**MATTHEW D BEAL MD: 6700 UNIVERSITY BLVD STE 1B, DUBLIN, OH 43016, Ph (614) 293-2663, Fax (614) 688-6363 NPI: 1346406956
**Urologist:**ELIZABETH SCHIFTAN MD: 4230 HARDING PIKE STE 301, NASHVILLE, TN 37205, Ph (615) 250-9395, Fax (615) 321-8766 NPI: 1548656705

## Patient's Pharmacies

**WALGREENS DRUG STORE #09340 (ERX): 2109 WILMA RUDOLPH BLVD, CLARKSVILLE, TN 37040, Ph (931) 551-8157, Fax (931) 551-8499**
CVS/PHARMACY #6424 (ERX): 1200 GALLATIN PIKE S, MADISON, TN 37115, Ph (615) 868-2150, Fax (615) 868-2153

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 6 in (167.64 cm)<br>09/11/2026 09:38 am | **Wt:** | 231 lbs 8 oz With clothes (105.01 kg)<br>09/11/2026 09:38 am | **BMI:** | 37.4 09/11/2026 09:38 am |
| **BP:** | 150/79 sitting R arm<br>09/11/2026 09:44 am<br>144/84 sitting L arm<br>09/11/2026 09:45 am | **Pulse:** | 69 bpm regular<br>09/11/2026 09:45 am | **O2Sat:** | 95% Room Air at Rest 09/11/2026 09:45 am |

## Measurements

None recorded.

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**amLODIPine 10 mg tablet** — 09/13/26 filled
TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME

**atorvastatin 80 mg tablet** — 09/14/26 filled
TAKE 1 TABLET BY MOUTH EVERY DAY AT BEDTIME FOR CHOLESTEROL

**Droplet Pen Needle 31 gauge x 5/16"** — 09/11/26 filled
USE TO INJECT LANTUS EVERY NIGHT

**FreeStyle Libre 3 Plus Sensor device** — 03/18/26 filled
REPLACE SENSOR EVERY 15 DAYS

**Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen** — 09/15/26 filled
INJECT 10 UNITS AT BEDTIME. GO UP 2 UNITS EVERY 3 DAY UNTIL FBG IS 100-200.
MAX DAILY UNITS OF 30

**losartan 100 mg-hydrochlorothiazide 25 mg tablet** — 09/11/26 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**metFORMIN 500 mg tablet** — 09/11/26 filled
TAKE 1 TABLET BY MOUTH TWICE DAILY

**Ozempic 0.25 mg or 0.5 mg (2 mg/3 mL) subcutaneous pen injector** — 07/29/26 auth requested
Inject by subcutaneous route for 28 days.

**tadalafil 5 mg tablet** — 11/05/25 filled
TAKE 1 TABLET BY MOUTH EVERY DAY

from Elizabeth Green

## Vaccines

Vaccines not reviewed (last reviewed 03/11/2026)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 01/04/22 | 0.3 mL | Intramuscular | | | FJ1611 | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 11/28/21 | 0.3 mL | Intramuscular | | | FJ8757 | Pfizer, Inc | | | | |
| Diphtheria, Tetanus | | | | | | | | | | | |
| Td (adult) preservative free | 03/20/21 | 0.5 mL | Intramuscular | | | U6852AA | Other manufacturer | | | | |
| Diphtheria, Tetanus, Pertussis | | | | | | | | | | | |
| Tdap | 10/27/25 | 0.5 mL | Intramuscular | Deltoid, Left | | 5N9L9 | GlaxoSmithKline | 11/28/27 | | | |
| Tdap | 09/21/22 | 0.5 mL | Intramuscular | Deltoid, Left | 58160084243 | 9ZK5T | GlaxoSmithKline | 10/07/24 | Tdap 08/06/2021 | 09/21/22 | Annette Valero-CMA |
| Hepatitis B | | | | | | | | | | | |
| Hep B, adult | 09/21/22 | | Intramuscular | Deltoid, Right | 58160082143 | DD7K7 | GlaxoSmithKline | 03/31/24 | Hepatitis B 10/15/2021 | 09/21/22 | Annette Valero-CMA |
| Pneumococcal | | | | | | | | | | | |
| pneumococcal polysaccharide PPV23 | 09/21/22 | 0.5 mL | Intramuscular | Deltoid, Left | 00006483701 | U018309 | Merck and Co., Inc. | 01/08/23 | PPSV23 10/30/2019 | 09/21/22 | Annette Valero-CMA |

## Problems

Reviewed Problems
- Mixed hyperlipidemia - Onset: 09/11/2026
- Benign essential hypertension - Onset: 09/11/2026
- History of alcoholism - Onset: 12/01/2022

- Bilateral lower limb edema - Onset: 12/01/2022
- History of cerebrovascular accident - Onset: 02/22/2010 - treated at Vanderbilt
- Nocturia - Onset: 09/28/2022
- Increased frequency of urination - Onset: 09/21/2022
- Gastroesophageal reflux disease - Onset: 09/21/2022
- Anemia - Onset: 09/21/2022
- Type 2 diabetes mellitus - Onset: 09/21/2022
- Pain of bilateral knee joints - Onset: 09/21/2022
- Alcohol dependence - Onset: 09/21/2022
- Hypersomnia - Onset: 09/28/2022

## Family History

Family History not reviewed (last reviewed 03/11/2026)

| | |
|---|---|
| Mother | - Insomnia |
| Father | - Snoring<br>- Deceased |
| Paternal Uncle | - Heart disease<br>- Heart disease<br>- Heart disease<br>- Heart disease<br>- Heart disease<br>- Myocardial infarction<br>- Myocardial infarction<br>- Myocardial infarction<br>- Myocardial infarction<br>- Myocardial infarction<br>- Diabetes mellitus<br>- Diabetes mellitus<br>- Diabetes mellitus |
| Paternal Aunt | - Arthritis |

## Social History

Social History not reviewed (last reviewed 04/16/2026)

**Risk Stratification Score**
Risk Stratification Score (AAFP): 3
**Substance Use**
What was the date of your most recent tobacco screening?: 04/16/2026
Do you or have you ever smoked tobacco?: Former smoker
What is your level of alcohol consumption?: Heavy
Have you ever been counseled for unhealthy alcohol use?: Yes
Do you or have you ever used any illicit or recreational drugs?: No
Which illicit or recreational drugs have you used?: none
What is your level of caffeine consumption?: Occasional
**Advance Directive**
Do you have an advance directive?: No
**General IM**
Lives: Family
Difficulty with bathing or grooming: No
Difficulty with eating or meal preparation: No
Require glasses/contacts for routine vision: No (Notes: wears glasses to read)
Have you had any colon screening test or procedure, such as a colonoscopy or fecal occult blood test (FOBT)?: No
Have you had a fever and/or symptoms of a lower respiratory illness (cough, difficulty breathing, etc)?: No
Have you had any of these symptoms: Chills ,Headache, Fatigue, Muscle or body aches , Sore throat, New loss of taste or smell, Nausea or vomiting, or Diarrhea?: No
Have you had a COVID-19 vaccine in the last 7 days?: No
In the past 10 days, have you been told you may have COVID-19 or have been tested for COVID-19?: No
**Education and Occupation**
Are you currently in school?: No
Are you currently employed?: No
What is your occupation?: Construccion
**Diet and Exercise**
What type of diet are you following?: Regular
**Relationships and Sexuality**

What is your relationship status?: Married
**Home and Environment**
Do you use sunscreen routinely?: No
**SDOH**
In the last 12 months did you skip medications to save money?: No
In the last 12 months, was there a time when you needed to see a doctor but could not because of cost?: No
In the last 12 months, have you ever had to go without health care because you didn't have a way to get there?: Not applicable
In the last 12 months did you ever eat less than you felt you should because there wasn't enough money for food?: No
In the past 12 months has the electric, gas, oil, or water company threatened to shut off services in your home?: No
Are you worried that in the next 2 months you may not have stable housing?: No
Do you feel physically and emotionally unsafe where you currently live?: No
Do you want help finding or keeping work or a job?: No
Do you want help with school or training? For example, starting or completing job training or getting a high school diploma, GED, or equivalent?: No
Do you often feel lonely?: No
Do you want help with any of your needs?: Yes
Are any of your needs urgent?: Yes
**Travel & IDOC Screening Lite**
0) Information Provided by :: Patient
1a) Does the Patient/Caregiver/Family report the PATIENT having any of these NEW symptoms such as Cough?: No
1b) Does the Patient/Caregiver/Family report the PATIENT having any of these NEW symptoms such as Diarrhea?: No
1c) Does the Patient/Caregiver/Family report the PATIENT having any of these NEW symptoms such as Fever/chills?: No
1d) Does the Patient/Caregiver/Family report the PATIENT having any of these NEW symptoms such as Nasal Congestion/Runny Nose?: No
1e) Does the Patient/Caregiver/Family report the PATIENT having any of these NEW symptoms such as Respiratory distress (acute)?: No
1f) Does the Patient/Caregiver/Family report the PATIENT having any of these NEW symptoms such as Rash?: No
1g) Does the Patient/Caregiver/Family report the PATIENT having any OTHER NEW symptoms (list)? If no NEW symptoms, enter 'No': No
2a) Have you had any known exposure to anyone with a contagious disease or do you think you HAVE this disease :: Unknown
3) Have you traveled outside of the United States in the last 30 days?: No
**Other**
Hard of hearing or deaf in one or both ears?: No
Legally blind in one or both eyes?: No
Marital status: Married
Seat belts used routinely: Yes
Smoke alarm in home: Yes
General stress level: Medium
Tobacco Status: Never user
**Gender Identity and LGBTQ Identity**
Sexual orientation: Straight or heterosexual

## Surgical & Procedure History

Surgical & Procedure History not reviewed (last reviewed 04/16/2026)

- Knee Surgery - 12/06/2022 - Southern Hills/Tristar Hospital

none

## Past Medical History

Past Medical History not reviewed (last reviewed 03/11/2026)

## Screening

None recorded.

## HPI

The patient is a 61 year old male presenting for management of his chronic medical conditions. Spanish speaker language line solutions used. He is accompanied by his wife.

The patient has a history of type 2 diabetes mellitus, which is currently poorly controlled with a recent HbA1c of 10.8%. He reports morning fasting blood glucose levels between 180 and 220 mg/dL, with occasional readings as high as 300 mg/dL. His current treatment is metformin, as he had to discontinue Ozempic, which he previously tried for one month at a low dose without significant benefit. Discontinuation of Ozempic was due to cost, as the patient is uninsured.

The patient also has a history of hypertension and hyperlipidemia, and he feels his medications for these conditions are not effective. His last lipid panel in March of this year was noted to be good. He has an open wound on his lower leg from a cut.

Regarding diet, the patient reports minimal consumption of sugar, sodas, cakes, pies, or cookies. He does not possess legal residency papers, which is a barrier to accessing some patient assistance programs.

---
Patient was informed and verbally consented to the use of Suki Assistant for clinic note documentation during this visit.
---

## ROS

**Additionally reports:**
**- Integumentary: Reports an open wound on the lower leg.**
**- Endocrine: Reports hyperglycemia with home glucose monitoring readings between 180-300 mg/dL.**

## Physical Exam

**Chaperone:** Chaperone: present ( **wife**).

**Constitutional:** General Appearance: **obese**. Level of Distress: NAD. Ambulation: ambulating normally.

**Psychiatric:** Mental Status: normal mood and affect and active and alert. Orientation: to time, place, and person. Memory: recent memory normal and remote memory normal.

**Head:** Head: normocephalic and atraumatic.

**Lungs:** Respiratory effort: no dyspnea. Auscultation: no wheezing, rales/crackles, or rhonchi and breath sounds normal and good air movement.

**Cardiovascular:** Apical Impulse: not displaced. Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Pulses including femoral / pedal: **PT and DP WNL**.

**Musculoskeletal::** Motor Strength and Tone: normal tone and motor strength. Joints, Bones, and Muscles: no contractures, malalignment, or bony abnormalities and normal movement of all extremities. Extremities: no cyanosis or edema.

**Neurologic:** Gait and Station: normal gait and station. Cranial Nerves: grossly intact.

**Skin:** Inspection and palpation: no rash or jaundice and good turgor; **Oval wound right lower leg approximately 3 cm x 4 cm. Good granulation tissue present. No pus or signs of infection.**.

- Integumentary- An examination of the right lower leg reveals an open wound with good granulation tissue and no signs of infection.

- A1c: 10.8%.
- Home fasting blood glucose: 180-220 mg/dL, with some readings up to 300 mg/dL.
- Lipid panel (March of this year): Results were good.

## Assessment / Plan

A 61-year-old male with active type 2 diabetes, hypertension, and mixed hyperlipidemia presents for evaluation of chronic condition management.

The patient's type 2 diabetes is severely uncontrolled, as evidenced by a recent A1c of 10.8% and significantly elevated home blood glucose readings. Despite being on metformin, his glycemic control is poor. His previous trial of Ozempic was ineffective at a low dose and halted due to cost, as he is uninsured. Given the severity of his hyperglycemia, initiation of long-acting insulin is warranted to reduce the risk of complications.

His hypertension is also inadequately controlled on his current regimen, necessitating the addition of another antihypertensive agent, amlodipine. His hyperlipidemia appears stable based on a recent lipid panel from March, and he should continue his current medication. A new lipid panel is deferred as he was not fasting for this visit.

The open wound on his right lower leg is showing signs of healing with good granulation tissue and no evidence of infection. Close monitoring is advised, as healing may be prolonged due to his diabetes.

Follow-Up:
The patient is advised to return for a follow-up appointment in two months.

1. **Essential hypertension**- Amlodipine will be added to his regimen for better blood pressure control. He will now take two medications for blood pressure, one in the morning and one at night. Refills for his current blood pressure medication will be provided.
   I10: Essential (primary) hypertension
- APRENDA SOBRE LA PRESIÓN ARTERIAL ALTA - [LEARNING ABOUT HIGH BLOOD PRESSURE]
- PRESIÓN ARTERIAL ALTA: INSTRUCCIONES DE CUIDADO - [HIGH BLOOD PRESSURE: CARE INSTRUCTIONS]

**2. Uncontrolled type 2 diabetes mellitus with hyperglycemia**
A1C 10.8 taking metformin 1,000 mg twice a day
The patient will continue taking metformin. He will start Lantus insulin, beginning with 10 units at bedtime. He is instructed to titrate the dose by increasing it by 2 units every 3 days until his morning fasting blood glucose is between 100-120 mg/dL, with an initial maximum dose of 30 units. A search for patient assistance programs for GLP-1 agonists that do not require legal residency status will be conducted. A lab order will be placed to check his kidney function. Diabetes education materials in Spanish will be provided.
E11.65: Type 2 diabetes mellitus with hyperglycemia
- APRENDA SOBRE LA DIABETES DE TIPO 2 - [LEARNING ABOUT TYPE 2 DIABETES]
- DIABETES DE TIPO 2: INSTRUCCIONES DE CUIDADO - [TYPE 2 DIABETES: CARE INSTRUCTIONS]
- DIABETES AND YOU - Handout: Diabetes Care Recommendations
- DIABETES DE TIPO 2: INSTRUCCIONES DE CUIDADO - [TYPE 2 DIABETES: CARE INSTRUCTIONS]
- HEMOGLOBIN A1C, FINGERSTICK
- Lantus Solostar U-100 Insulin 100 unit/mL (3 mL) subcutaneous pen - inject 10 U a t bedtiem go up by 2 U every 3 days until FBG ia 100-120. max 30 U /day Qty: (5) 3 mL syringe Refills: 3 Pharmacy: WALGREENS DRUG STORE #09340 Note to Pharmacy: BIN 637765 PCN CRX Group SGMNC102 ID 29206694301
- metformin 500 mg tablet - TAKE 1 TABLET BY MOUTH TWICE DAILY Qty: (180) tablet Refills: 1 Pharmacy: WALGREENS DRUG STORE #09340 Note to Pharmacy: directions in Spanish please
- PEN NEEDLE 31 GAUGE X 5/16" - Use nightly wit Lanuts pen . Qty: 100 Units Refills: 4 Supplier: WALGREENS DRUG STORE #09340

**3. Benign essential hypertension**
I10: Essential (primary) hypertension
- losartan 100 mg-hydrochlorothiazide 25 mg tablet - Take 1 tablet(s) every day by oral route, for hisgh blood pressure. Qty: (90) tablet Refills: 1 Pharmacy: WALGREENS DRUG STORE #09340 Note to Pharmacy: directions in Spanish please
- amlodipine 10 mg tablet - Take 1 tablet(s) every day by oral route at bedtime. Qty: (90) tablet Refills: 1 Pharmacy: WALGREENS DRUG STORE #09340 Note to Pharmacy: directions in Spanish please
- AMG BP Patient Log Sheet - Handout: AMG BP Patient Log Sheet
- BLOOD PRESSURE CHECK* - To be performed on or around 09/25/2026

4. **Mixed hyperlipidemia** The patient will continue his current medication for cholesterol. A new lipid panel is deferred to a later date when he can be fasting. Refills for the medication have been provided.
E78.2: Mixed hyperlipidemia
- atorvastatin 80 mg tablet - Take 1 tablet(s) every day by oral route at bedtime for 90 days, for cholesterol. Qty: (90) tablet Refills: 1 Pharmacy: WALGREENS DRUG STORE #09340 Note to Pharmacy: directions in Spanish please

**5. Open wound of right lower leg, initial encounter**
no s/s infefction
The patient is advised to continue his current wound care. He should keep the wound covered to prevent it from getting dirty. He should seek follow-up if he observes any purulent discharge from the wound.
S81.801A: Unspecified open wound, right lower leg, initial encounter

HEMOGLOBIN A1C, FINGERSTICK

- Result:
  - **HbA1c: 10.8**

**Patient Instructions**
- Your diabetes is not well controlled, with a recent A1c test result of 10.8%. The goal is to be under 7%.
- Continue to take your metformin medication as prescribed.
- You will start a new injectable insulin called Lantus. Start by injecting 10 units at bedtime.
- Check your blood sugar every morning before you eat. Your goal is a reading between 100 and 120.
- Every 3 days, if your morning blood sugar is still above 120, increase your Lantus dose by 2 units. Stop increasing the dose once your readings are in the target range.
- If your blood sugar ever drops below 70, please let the clinic know.
- Your blood pressure is too high. A new medication, amlodipine, has been prescribed. You will now take two blood pressure medicines. Take one in the morning and one at night.
- For the cut on your leg, keep it clean and covered. Contact us if you see any pus or it looks infected.

- A lab order has been sent to check your kidney function.
- Please schedule a follow-up appointment for two months from now.

**Discussion Notes**

I discussed with the patient and his wife the severity of his uncontrolled diabetes, as indicated by his HbA1c of 10.8%, far above the goal of 7% or less. I explained the need to start long-acting insulin (Lantus) due to his persistently high morning blood sugar levels. I provided detailed instructions for starting at 10 units at bedtime and titrating the dose up by 2 units every 3 days to achieve a morning fasting glucose target of 100-120 mg/dL. I cautioned them to monitor for and report any hypoglycemic events, defined as a blood sugar below 70 mg/dL.

We addressed his poorly controlled hypertension by adding amlodipine to his regimen and instructing him to take one blood pressure medication in the morning and the other at night. Regarding the wound on his lower leg, I confirmed it appeared to be healing well but advised continued monitoring and to report any signs of infection, such as pus. We discussed the social barrier of his lack of insurance and legal residency, and I stated I would investigate patient assistance programs for more advanced diabetes medications. I recommended a follow-up visit in two months to re-evaluate his progress.

**Total Time Spent**

37 minutes for Evaluation and Management (E&M), including time to prepare the patient's chart, review history, conduct examinations, counsel the patient and/or family, order medications/tests, communicate with healthcare professionals, document records, and review results. Excludes separately reportable procedures.

Return to Office

- to see Catherine O Hayden FNP for Established Patient 30 at STPS_ST Fmy Hlth Ctr West on or around 11/11/2026

Amendment Sign-Off

Encounter signed-off by Catherine O Hayden FNP, 09/21/2026.

Encounter performed and documented by Catherine O Hayden FNP
Encounter reviewed & signed by Catherine O Hayden FNP on 09/21/2026 at 12:26 AM
Amendment closed by Catherine O Hayden FNP on 09/21/2026 at 12:27 AM