My name is Ma. Del Socorro Diaz Garcia. I am the spouse of Alfonso Vargas Urdiera. I reside at 305 Atlantic Blvd, Clarksville, Tennessee 37040. My husband has been really sick. Lately his cholesterol has been high, he has diabetes, his blood pressure is high. The day he was detained his sugar was at 358. I checked it that day and it has not gone down. No he is not receiving any care. Every since he has been transferred he has been asking to see the doctor and the people he is detained with are also asking the officer to take him to the doctor but they have not been listening. He is telling me that they are only giving him one pill and it is Tylenol. That day he was detained he was taken here in Nashville but then he got transferred to Knoxville, after he got transferred there he told me he felt pain in his foot and when he checked he saw a red dot that was hurting. He doesn't know if something stung him so he started putting pressure on it and then he said it became worse. All his foot was red and inflamed. Yesterday was the last time he spoke to me. He hasn't talked to me yet. He did tell me his foot was all red and inflamed. He told me that he did tell the facility but they are not doing anything. Since I have not spoken to him yet, I do not know how he is doing. The day he was detained they did not give him the opportunity for me or my daughter to drop off the medicine. My daughter did go ask if he was there and his keys and they said they did not have the keys. The officer that was there had a rude demeanor and said they didn't have anything. That same day around 4 or 5 they called me directly asking what medication he is taking and how many mg and I gave them the name of all the pills he is taken and the day before yesterday when I spoke to him he said they gave him one pill and yesterday they gave him another one but he isn't sure if it is for his sugar since they didn't tell him. The main thing for everyday was his sugar level it would not come down and his blood pressure was high. His prostate he was having issues with that he was dripping he was suffering from that. Me and him really bas accident that is why he has a metal coming down

from his hip all the way down and on his arm on the right side and that was bothering him a lot. He has the metal on the same foot that is inflamed and he has been sleeping on the floor at the facility. He is having issues laying down, sitting, and sleeping. The same people he has been detained with has been helping him because the facility does not.

Sincerely,

Ma. Del Socorro Diaz Garcia

## OATH

**STATE OF TENNESSEE** )
)
**COUNTY OF DAVIDSON** )

I, MA. DEL SOCORRO DIAZ GARCIA, being duly sworn according to the law, make oath that the facts stated in the foregoing Affidavit are true and correct to the best of my knowledge, information, and belief.

______________________________
**MA. DEL SOCORRO DIAZ GARCIA**

Sworn and subscribed before me
on this 24th day of November, 2026.

______________________________
Notary Public

My commission expires: 1/22/2029

ELSY COMPEAN
STATE OF TENNESSEE NOTARY PUBLIC
COUNTY OF DAVIDSON

## OATH OF ACCURATE INTERPRETATION

I, Shirley Lopez, being first duly sworn, make oath and state that (1) I am fluent in both Spanish and English; (2) I am competent to make interpretations of Spanish and English; (3) I have accurately interpreted and transcribed Affiant's oral statements, meaning for meaning, from Spanish to English; and (4) I have accurately interpreted and transcribed this *Affidavit*, meaning for meaning, for Affiant's full understanding of this *Affidavit*, from English to Spanish to the best of my abilities.

**Shirley Lopez**
*Interpreter*
2841 Logan Street
Nashville, Tennessee 37211
(615) 200-8472

Sworn and subscribed to me
On this the 24th day of November, 2026.

NOTARY PUBLIC

My Commission Expires: 1/22/2029

ELSY COMPEAN
STATE OF TENNESSEE NOTARY PUBLIC
COUNTY OF DAVIDSON


MÉXICO
MATRÍCULA CONSULAR - CONSULAR ID CARD
MA. DEL SOCORRO
DIAZ GARCIA
305 ATLANTIC BLVD
37040
CLARKSVILLE, TENNESSEE
GRO
ARGELIA
27 08 1986
29 09 2026
FECHA DE EXPIRACIÓN / EXPIRY DATE
28 09 2031
ATLANTA SOBRE RUEDAS
A02857348
RELACIONES EXTERIORES
MÉXICO
FIRMA / SIGNATURE

Para uso exclusivo de la Secretaría de Relaciones Exteriores para la expedición de pasaportes a personas menores de edad o personas con discapacidad que no estén en posibilidad de manifestar su voluntad.

For the exclusive use of the Ministry of Foreign Affairs for the issuance of passports to minors or people with disabilities who are unable to express their will.

PASAPORTE
PASSPORT

ESTADOS UNIDOS MEXICANOS



Tipo/ Type: P

Clave del país de expedición/ Issuing state code: MEX

Pasaporte No./ Passport No.: N26558061

Apellidos/ Surname: DIAZ GARCIA

Nombres/ Given names: MA. DEL SOCORRO

Nacionalidad/ Nationality: MEXICANA

Fecha de nacimiento/ Date of birth: 27 06 1966

CURP/ Personal No.: DIGS660627MGRZRC04

Sexo/ Sex: F

Lugar de nacimiento/ Place of birth: ARCELIA, GRO., MEX

Fecha de expedición/ Date of issue: 29 09 2026

Fecha de caducidad/ Expiry date: 29 09 2036

Observaciones/ Remarks

Firma del Titular/ Holder's Signature

Autoridad/ Authority

MIGUEL ANGEL PUGA DIAZ
ATLANTA

772725

N26558061

P<MEXDIAZ<GARCIA<<MA<DEL<SOCORRO<<<<<<<<<<<<
N265580610MEX6606275F3609297<<<<<<<<<<<<<<00